

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 2, 2023

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. The Personal Diary of General Nikolai Nikolaevich Iudenitch Hensingfors, et. al.*, 23 Civ. 02636 (JLR)

Dear Judge Rochon:

On or about March 29, 2023, the Government filed a Verified Civil Complaint for Forfeiture against the above-described defendants-*in-rem*. A pre-trial conference is currently scheduled for today, August 2, 2023, at 3 pm. On April 3, 2023, the Government provided notice of the Verified Civil Complaint to all parties of whom the Government was aware that might have had a claim to the Defendants-*in-rem*, but as of this date, no defendant has appeared.

In addition, as the Government previously explained in its letter dated July 7, 2023, the deadline, following the Government's publication of notice of the forfeiture, for anyone who wished to contest the action to file a claim was yesterday, August 1, 2023. No claim has been filed.

In light of the fact that no claims or answers have been filed, the Government respectfully submits that today's status conference be adjourned or cancelled. The Government intends to file a motion seeking a final judgment of forfeiture for the defendants-*in-rem*, and expects that it should be able to prepare and submit that motion within 30 days.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Emily Deininger
Assistant United States Attorney
Tel.: (212) 637-2472

The August 2, 2023 conference is adjourned. The Government shall file a motion seeking the final judgment of forfeiture by **September 5, 2023**.

Dated: August 2, 2023
New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge