

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2023

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

           Re:    *United States of America v. The Personal Diary*
                    *of General Nikolai, et al.*
                    23 Cv. 2636 (JLR)

Dear Judge Rochon:

      The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture as no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

                                                 Respectfully submitted,

                                                 DAMIAN WILLIAMS
                                                 United States Attorney

                           By:    _____
                                         Emily Deininger
                                         Assistant United States Attorney
                                         Tel.: (212) 637-2472