```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :
UNITED STATES OF AMERICA               :
              Plaintiff,               :
                                       :
                                       :
         - v. -                        :   JUDGMENT OF FORFEITURE
                                       :
                                       :   23 Cv. 2636 (JLR)
THE PERSONAL DIARY OF GENERAL NIKOLAI  :
NIKOLAEVICH IUDENITCH, HENSINGFORS,    :
1919;                                  :
                                       :
ORDER OF THE SUPREME RULER ON THE      :
APPOINTMENT OF LIEUTENANT GENERAL      :
ANTON IVANOVICH DENIKIN AS DEPUTY OF   :
THE SUPREME COMMANDER-IN-CHIEF,        :
WHILE RETAINING COMMAND OVER THE       :
ARMED FORCES IN THE SOUTH OF RUSSIA,   :
SIGNED BY ADMIRAL KOLCHAK, CHAIRMAN    :
OF THE SOVIET OF MINISTERS, PIOTR      :
VOLOGODSKII, SENATOR GIOGII TELBERG;   :
                                       :
PHOTOGRAPH OF ADMIRAL KOLCHAK,         :
GENERAL ZHANEN, BOGAN PAVLI IN FRONT   :
OF GENERAL HEADQUARTERS IN THE CITY    :
OF OMSK;                               :
                                       :
HANDWRITTEN LETTER FROM GENERAL        :
ALEKSEY PETROVICH ARKHANGELSKY         :
ADDRESSED TO GENERAL ALEKSEY           :
ALEXANDROVITCH VON LAMPE, SEPTEMBER    :
28, 1947;                              :
                                       :
PHOTOGRAPH DEPICTING VON LAMPE,        :
FISCHER, V.V. CHAVINSKY, AND UNKNOWN   :
(ACCORDING TO THE INSCRIPTION ON THE   :
BACK);                                 :
                                       :
LETTER FROM NORD (OLENITCH-GNENENKI)   :
LIDYA ADDRESSED TO GENERAL VON         :
LAMPE, FEBRUARY 4, 1957;               :
                                       :
TYPED RECOMMENDATION BY GENERAL A.P.   :
BOGAEVSKY FOR GENERAL VLASOV,          :
```

2

| | |
|---|---|
| OCTOBER 21, 1926; | : |
| | : |
| ORDER OF GENERAL KUTEPOV, MARCH 18, 1920, SIMFEROPOL; | : |
| | : |
| and | : |
| | : |
| LETTER FROM THE GRAND DUKE NIKOLAS NIKOLAEVICH ROMANOV TO GENERAL KUTEPOV, OCTOBER 20, 1924, | : |
| | : |
| Defendants-*in-rem*. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 29, 2023, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C);

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on June 2, 2023 through July 01, 2023, and proof of such publication was filed with the Clerk of this Court on September 5, 2023 (D.E. 9);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, on or about, April 3, 2023, a Verified Complaint was sent by certified mail, electronic mail and/or International Federal Express to the following parties:

3

   i.    Cazo Auction House
        20 Rue Drouot
        Paris, France 75009

        Cazo Auction House
        12, rue Edmond Valentin
        Paris, France 75007

   ii.    Alexandr Rudichenko
        Brooklyn, New York 11224

   iii.   Leonid Rabinovich
        Staten Island, New York 10309

   iv.   Michael Esnault
        Villemomble, France 93250

   v.    Columbia University
        c/o Timothy M. Haggerty
        Friedman Kaplan Seiler & Adelman LLP
        7 Times Square
        New York, NY 10036

(i. through v., collectively, the "Noticed Parties");

  WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*; and

  WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

  1.  The Defendants-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

    2.  The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: September 6, 2023
     New York, New York

              SO ORDERED:

              *Jennifer Rochon*
              HONORABLE JENNIFER L. ROCHON
              UNITED STATES DISTRICT JUDGE